


## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA M. BECK        Plaintiff, <br><br> v. <br><br> MAXIMUS, INC., <br><br>       Defendant. | C.A. No. 04-2199 <br><br><br><br> CLASS ACTION |

### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION

Plaintiff and defendant, by counsel, hereby agree and stipulate as follows:

WHEREAS, plaintiff has filed a Motion for Class Certification and defendant has filed an answer in opposition to such motion;

WHEREAS, plaintiff timely noticed the deposition of defendant pursuant to Rule 30(b)(6) and the deposition of Christopher Woods, an employee of the defendant; and defendant timely noticed the deposition of Plaintiff Donna M. Beck;

WHEREAS, despite their good faith efforts, certain logistical issues, including the schedule of plaintiff and the pending state court trial of defendant's counsel for which defendant's counsel has been attached, have prevented the depositions from being commenced to date;

WHEREAS, the parties agree that the parties may complete such depositions prior to the date plaintiff must file her reply to defendant's class certification opposition;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. Defendants shall produce for depositions the noticed witnesses no later than October 22, 2004.

2. Plaintiff shall produce Plaintiff Donna M. Beck for deposition no later than October 22, 2004.

3. Plaintiff may file her reply to defendant's opposition to class certification no later than fourteen (14) days following the completion of the said depositions.

4. The Court's Order of July 1, 2004 shall be amended to reflect that a Rule 16 conference will be held, should the Court's schedule so permit, during the week of November 15, 2004.

_____
David A. Searles, Esq.
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067
(215) 732-8060 (fax)

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
(215) 735-8600
(215) 940-8000 (fax)

Attorneys for Plaintiff

_____
James A. Keller, Esq. by AAS w/ permission
Julie H. Ketover, Esq.
SAUL EWING, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-7777
(215) 972-7725 (fax)

Attorney for Defendant

**APPROVED AND SO ORDERED:**

_____
Edmund V. Ludwig, U.S.D.J.

Date: 09/14/04

2:04-cv-02199-EL

DAVID A. SEARLES  
DONOVAN SEARLES, LLC  
1845 WALNUT ST.  
STE 1100  
PHILA PA 19103

215-732-8060

— — — — — — — — — — — — — —

```
*************** -COMM. JOURNAL- ******************** DATE SEP-14-2004 ***** TIME 14:53 *********

                MODE = MEMORY TRANSMISSION              START=SEP-14 14:52    END=SEP-14 14:53

           FILE NO.=580

    STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

      001     OK       ☎         92157328060            003/003  00:00:24


                                                        -US DISTRICT COURT EDPA  -

****************************************** -CLERK'S OFFICE  - *****  -                - *********
```

2:04-cv-02199-EL

DAVID A. SEARLES  
DONOVAN SEARLES, LLC  
1845 WALNUT ST.  
STE 1100  
PHILA PA 19103

215-732-8060