IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA M. BECK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 04-2199 |
| MAXIMUS, INC. | : | |

## **ORDER**

AND NOW, this 18th day of November, 2004, defendant's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" is denied.

BY THE COURT:

 s/ EDMUND V. LUDWIG
Edmund V. Ludwig, J.